UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHN GREGORY THOMPSON, aka RAHN G. THOMPSON,<br><br>          Petitioner,<br><br>vs.<br><br>WARDEN - MR. D. ADAMS,<br><br>          Respondent. | Case No. CV 08-0923-RGK(RC)<br><br><br><br>JUDGMENT |

   IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATED: JUN 2 5 2008

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

R&R\08-0923.JUD
5/29/08